UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KATRINA WALKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 12-cv-8571 |
| ) | |
| **Chicago Police Officer CARL** ) | |
| **WEATHERSPOON, STAR # 4630,** ) | |
| **SGT. SEAN MARTIN, #1662, OFFICER** ) | |
| **JERRY CRISP, #12580, OFFICER** ) | |
| **CHRIS CHMELAR, # 18896, OFFICER** ) | |
| **JAMES DAVIS, # 13462, OFFICER** ) | |
| **EDWARD JOHNSON, # 9539, OFFICER** ) | |
| **PATRICK MCDONOUGH, # 14416,** ) | |
| **OFFICER GERALD O'MALLEY, # 17187** ) | |
| **and the City of Chicago,** ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME defendants CARL WEATHERSPOON, SEAN MARTIN, JERRY CRISP, CHRIS CHMELAR, JAMES DAVIS, EDWARD JOHNSON, PATRICK MCDONOUGH, GERALD O'MALLEY and the CITY OF CHICAGO, by and through their attorneys, Timothy P. Scahill, Graham P. Miller, and Andrew K. Scott of BORKAN & SCAHILL, LTD., and pursuant to Fed. R. Civ. P. 56, move this Court for summary judgment in their favor and against plaintiff, KATRINA WALKER. In support thereof, defendants state as follows:

1. For the reasons set forth in defendants' contemporaneously-filed Memorandum of Law in Support of Defendants' Motion for Summary Judgment, this Court must grant summary judgment in defendants' favor and against plaintiff.

WHEREFORE defendants CARL WEATHERSPOON, SEAN MARTIN, JERRY CRISP,

CHRIS CHMELAR, JAMES DAVIS, EDWARD JOHNSON, PATRICK MCDONOUGH, GERALD O'MALLEY and the CITY OF CHICAGO, pray this Honorable Court grant summary judgment in their favor and against plaintiff, KATRINA WALKER, pursuant to Fed. R. Civ. P. 56.

        Respectfully submitted,

        BORKAN & SCAHILL, LTD.

        By:    s/Graham P. Miller
                  Graham P. Miller

Timothy P. Scahill (6287296)
Graham P. Miller (6290240)
Andrew K. Scott (6306956)
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 580-1030