**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Katrina Walker

          Plaintiff,

v.               Case No.: 1:12–cv–08571
                Honorable Andrea R. Wood

Carl Weatherspoon, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 31, 2016:

  MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the Memorandum Opinion and Order to follow, Defendants' motion for summary judgment [41] is granted. Mailed notice(aw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.