## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Katrina Walker
                              Plaintiff,

v.                                                          Case No.: 1:12−cv−08571
                                                            Honorable Andrea R. Wood

Carl Weatherspoon, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to substitute attorney [65] is granted. Attorney Michael D. Oppenheimer, Jon F. Erickson, and Ronak P. Maisuria are withdrawn as counsel for Plaintiff. Attorney Kenneth N. Flaxman is substituted as lead counsel for Plaintiff. The motion presentment date of 4/20/2017 is stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.