IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Katrina Walker | ) |
|     *Plaintiff*, | ) |
| | )    12-cv-8571 |
| -*vs*- | ) |
| | )    *(Judge Wood)* |
| Carl Weatherspoon, et al., | ) |
| | ) |
|     *Defendants* | ) |

## MOTION TO EXPEDITE

Plaintiff, by counsel, moves the Court to expedite this case for decision.

Grounds for this motion are as follows:

1. Defendants filed their motion for summary judgment on October 3, 2013. Plaintiff responded on October 24, 2013, and defendants filed their reply on November 7, 2013.

2. On March 31, 2016, the Court announced its intention to rule in defendants' favor in an as yet unfiled Memorandum Opinion and Order.

                                  Respectfully submitted,

    /s/ <u>Kenneth N. Flaxman</u>
        Kenneth N. Flaxman
        ARDC #08830399
        200 S Michigan Ave, Ste 201
        Chicago, IL 60604
        (312) 427-3200
        *an attorney for plaintiff*