IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Katrina Walker | ) | |
| *Plaintiff,* | ) | |
| | ) | 12-cv-8571 |
| -vs- | ) | |
| | ) | *(Judge Wood)* |
| Carl Weatherspoon, et al., | ) | |
| | ) | |
| *Defendants* | ) | |

## SECOND MOTION TO EXPEDITE

Plaintiff, by counsel, moves the Court to expedite this case for decision.

Grounds for this motion are as follows:

1. Defendants filed their motion for summary judgment on October 3, 2013. Plaintiff responded on October 24, 2013, and defendants filed their reply on November 7, 2013.

2. On March 31, 2016, the Court announced its intention to rule in defendants' favor in an as yet unfiled Memorandum Opinion and Order.

3. On May 17, 2017, in response to plaintiff's first motion to expedite, the Court ordered that the motion "has been taken under advisement and will be addressed in short order."

Respectfully submitted,
/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC #08830399
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*an attorney for plaintiff*