# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| KATRINA WALKER, | ) | |
| | ) | |
| v. | ) | Case No.: 12 CV 8571 |
| CARL WEATHERSPOON, ET AL | ) | |
| | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __08/16/2017__ against __KATRINA WALKER__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ............................ | 245.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,509.00 |
| Fees and disbursements for printing ................................ | |
| Fees for witnesses _(itemize on page two)_ ............................. | 175.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................ | |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs _(please itemize)_ ........................................ | |
| TOTAL | $ 2,929.00 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: __/s/ Graham P. Miller__

Name of Attorney: Graham P. Miller

For: __Defendants, Carl Weatherspoon, et al.__ Date: __09/15/2017__
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_Clerk of Court_ _Deputy Clerk_ _Date_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Katrina Walker, )
)
      Plaintiff, )
)
v. ) Case No.: 12cv8571
)
Carl Weatherspoon, et al., )
)
      Defendant. )
)

## DEFENDANT'S ITEMIZATION FOR BILL OF COSTS

### Deposition Transcript and Court Reporting Costs

| Deponent | Date | Court Reporter | Binding/ Delivery | Video | Amount |
|---|---|---|---|---|---|
| Katrina Walker | 6/11/13 | $1,008.50 | $6.00 | | $1,014.50 |
| Paul Krishack | 7/26/13 | $222.15 | $6.00 | | $228.15 |
| Kasey Graham | 8/13/13 | $150.05 | | | $150.05 |
| Kevin Graham | 8/13/13 | $152.65 | | | $152.65 |
| CarlWeatherspoon | 8/16/13 | $963.65 | | | $963.65 |
| Total | | | | | $2,509.00 |

### Witness Fees

| Date | Description | Amount |
|---|---|---|
| 7/12/13 | Kasey Graham | $35.00 |

| 7/12/13 | Paul Krishak | $35.00 |
|---|---|---|
| 7/12/13 | Kevin Graham | $35.00 |
| 3/19/13 | Cook County Sheriff's Office of Professional Review | $35.00 |
| 4/15/13 | Cook county Sheriff's Office of Professional Review | $35.00 |
| **Total** | | **$175.00** |

## Fees for Service of Subpoenas

| 7/16/13 | Todd Martinson, Private Detective | $245.00 |
|---|---|---|
| **Total** | | **$245.00** |

## Totals

| Description | Amount |
|---|---|
| Deposition Transcripts & Court Reporting Costs | $2,509.00 |
| Witness Fees | $175.00 |
| Fees for Service of Subpoenas | $245.00 |
| **TOTAL OF ALL SECTIONS** | $2,929.00 |

Respectfully submitted,

Graham P. Miller (6290240)
BORKAN & SCAHILL, LTD.
20 South Clark, Suite 1700
Chicago, IL 60603
(312) 580-1030

BORKAN & SCAHILL, LTD.

/s/ Graham P. Miller
   Graham P. Miller

6243

LYNETTE M. MALAK, C.S.R.
16931 MARILYN DRIVE
TINLEY PARK, IL 60477
708.429.3509

RE: WALKER -vs- CITY OF CHICAGO  
DEP OF KATRINA WALKER, 6/21/13

Invoice #1853  
Date: 7/24/13

**BILL TO:**
BORKAN & SCAHILL, LTD.
MR. GRAHAM P. MILLER
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, IL 60603

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| Appearance Fee | 1 | 125.00 | 125.00 |
| Additional Appearance Fee | 6 | 30.00 | 180.00 |
| Transcript Pages - Original | 210 | 3.35 | 703.50 |
| Delivery | 1 | 6.00 | 6.00 |

**PLEASE PAY**        1,014.50

EIN NO. 20-3616446

PAID AUG 20 2013
RM #433

10243

LYNETTE M. MALAK, C.S.R.
16931 MARILYN DRIVE
TINLEY PARK, IL 60477
708.429.3509

RE: WALKER -vs- WEATHERSPOON          Invoice #1875
DEP OF PAUL KRISHACK, 7/26/13          Date: 8/26/13

**BILL TO:**
BORKAN & SCAHILL, LTD.
MR. ANDREW K. SCOTT
20 SOUTH CLARK STREET
SUITE 1700
CHICAGO, IL 60603

PAID SEP 16 2013

ck # 441

| DESCRIPTION: | QTY | RATE | EXT |
|---|---|---|---|
| Appearance Fee | 1 | 125.00 | 125.00 |
| Transcript Pages - Original | 29 | 3.35 | 97.15 |
| Delivery | 1 | 6.00 | 6.00 |

**PLEASE PAY**           **228.15**

EIN NO. 20-3616446

10243

## MG REPORTING
3614 S. WESLEY
BERWYN, IL 60402
mgreporting@yahoo.com
(708) 484-4560 Phone   (708) 484-4057 Fax

October 11, 2013

Mr. Graham P. Miller
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 North Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

| | Invoice Number |
| --- | --- |
| | 7279 |

**Re:** KATRINA WALKER vs WEATEHRSPOON, ETAL.
Case No. 12 CV 8571
Deponent: KASEY GRAHAM

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Dep Transcript/Copy Expectited | Taken on 08/13/13- E-TRANS | 48.00 | 3.10 | 148.80 |
| Exhibits | scanned | 5.00 | 0.25 | 1.25 |
| | **Invoice total:** | | | **$150.05** |

Please make check payable to MG Reporting within 30 days.

Thank you.

PAID OCT 24 2013

Ref # 456

# MG REPORTING
3614 S. WESLEY
BERWYN, IL 60402
mgreporting@yahoo.com
(708) 484-4560 Phone   (708) 484-4057 Fax

October 11, 2013

Mr. Graham P. Miller
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 North Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

| | Invoice Number |
|---|---|
| | 7280 |

**Re:** KATRINA WALKER vs WEATEHRSPOON, ETAL.
Case No. 12 CV 8571
Deponent: KEVIN GRAHAM

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| Dep Transcript/Copy Expectited | Taken on 08/13/13-E-TRANS | 49.00 | 3.10 | 151.90 |
| Exhibits | | 3.00 | 0.25 | 0.75 |
| | | **Invoice total:** | | **$152.65** |

Please make check payable to MG Reporting within 30 days.

Thank you.

PAID  OCT 2 4 2013

*[signature] # 456*

# MG REPORTING

3614 S. WESLEY
BERWYN, IL 60402
mgreporting@yahoo.com
(708) 484-4560 Phone   (708) 484-4057 Fax

---

September 9, 2013

Mr. Graham P. Miller
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 North Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030

Rebilled Invoice
Rebilled on December 5, 2013

| Invoice Number |
| --- |
| 7263 |

**Re:** KATRINA WALKER vs WEATHERSPOON, ETAL.
Case No. 12 cv 8571
Deponent: Carl M. Weatherspoon

| Description of Services | | Pgs/Qty | Rate | Extension |
| --- | --- | --- | --- | --- |
| Dep Transcript Orig/ E-TRANS | Taken on 08/16/13 | 263.00 | 3.55 | 933.65 |
| Add'l copy-mini w/ index | PDF | 1.00 | 30.00 | 30.00 |
| | | **Invoice total:** | | **$963.65** |

Perhaps this is an oversight.

Your Invoice is now 30 days past due.

Please let us know the status of payment, and return a copy of invoice with your payment.

THANK YOU.

Pd 12/5/13
Ref #: 471



10243

# INVOICE # 9450

State of Illinois License # 115.002035

**Todd M. Martinson, Private Detective**
29 S. La Salle Suite 415
Chicago, IL 60603

todd@toddmartinson.com
312-735-2516 (Direct) 312-268-6461 (Fax)

Invoice # 9450

Please make checks payable to Todd M. Martinson, Private Detective
Please remit payment within 30 days of the *Date of Invoice*

| Date Received: | 07/12/13 | Date Completed: | 07/16/13 |
|---|---|---|---|
| Date of Invoice: | 7/17/13 | Client Account #: | 6198 |

Client: Borkan & Scahill, Ltd.
20 S. Clark St Suite 1700
Chicago, IL 60603

Requested By: Elena Favela
Case: 12 CV 8571 - USDC
Action Requested: Serve Subpoenas as follows:
**RUSH / IMMEDIATE SERVICE NEEDED**

*Paul Krishak*

*Kevin Graham*

*Kasey Graham*

*Process Service - Standard (Paul Krishak):* 55.00
*Process Service –RUSH (Kevin Graham):* 95.00
*Process Service –RUSH(Kasey Graham):* 95.00

Total Due: $ 245.00

PAID AUG 20 2013

Rmb #437

**BORKAN & SCAHILL LTD**
20 S CLARK ST STE 1700
CHICAGO, IL 60603

2426

2-173/710

DATE 3-19-13

PAY TO THE ORDER OF Cook County Sheriff's Office of Professional Review  $35.00

Thirty Five and 00/100 —————————————————— DOLLARS

**mb financial** bank
Chicago, IL 60607

FOR Walker, 10243

⑈002426⑈ ⑆071001737⑆ 4000017671⑈

BORKAN & SCAHILL LTD
20 S CLARK ST STE 1700
CHICAGO, IL 60603

2445
2-173/710

DATE 4-15-13

PAY TO THE ORDER OF Cook County Sheriff's Office of Professional Review   $ 35.00

Thirty Five and 00/100 ———————————————— DOLLARS

mb financial bank
Chicago, IL 60607

FOR Walker 10245

⑈00 2445⑈ ⑆071001737⑆ 40000 1767 1⑈